

**MTABOOKING.COM**

**MTABOOKING, INC**
4300 W. LAKE MARY BLVD SUITE 1010-324 LAKE MARY, FL 32746
P. 407.687.8381 F. 407.386.6232

WE BRING THE STARS TO YOU !!!

## ARTIST PERFORMANCE AGREEMENT

Agreement made **July 30, 2021** between **Herbert Randall Wright III** p/k/a **G HERBO** (hereinafter referred to as "PRODUCER/ARTIST") c/o **MUSICIANS TOURING ALLIANCE, LLC** 4300 W. Lake Mary Blvd 1010-324 Lake Mary, FL 32746 (hereinafter referred to as AGENT") and **NoNaNi Entertainment** c/o **Charles Potter** (hereinafter referred to as PURCHASER")

It is mutually agreed between the parties as follows: The PURCHASER hereby engages the PRODUCER and the PRODUCER hereby agrees to furnish the entertainment presentation hereinafter described, in accordance with all of the terms and conditions herein set forth, including those contained in the annexed document entitled "Artist Rider":

1. **Venue information:** The Lot at Raymond James
   Address: 4201 N Dale Mabry Hwy, Tampa, FL 33607

2. **Date(s) of Engagement:** November 27, 2021

3. **Other Talent/Line-up:** tbd

4. **Number of Performance(s):** artist shall render 1 live performance

5. **Hours of Engagement:** TBA

6. **Time of Appearance:** TBA

7. **Length of Performance:** 45 mins

8. **Minimum Age for Admission:** all responsible ages

9. **Advertising:** No advertising shall run in any format until a deposit has been made, and signed contract and rider has been received by MUSICIANS TOURING ALLIANCE, LLC
Additionally, Purchaser acknowledges that no radio station or television network shall present, co-promote, or sponsor this event without prior written permission from Artist's management. ALL FLYER ARTWORK MUST BE APPROVED BY MANAGEMENT prior to posting on social media.
ARTIST shall provide a video drop within 48 hours of receiving the deposit. The ARTIST shall post on Facebook and Instagram promoting the event flyer within 48 hours of receipt of flyer. The ARTIST shall also post at least one story on Instagram and Facebook with the event flyer within one month of the show. The Artist shall post the event flyer on Instagram and Facebook 7 days prior to the event. The posts (excluding stories) shall remain on the ARTIST's page through the date of the event.

10. **Full Agreed-Upon Compensation:** Purchaser warrants that Seventy Five Thousand Dollars ($75,000.00) all in guarantee is due as a condition performance of agreement. Purchaser acknowledges that all payments due under this paragraph, shall be paid by Purchaser in US funds as follows:



**MTABOOKING.COM**

A. Twenty Seven Thousand Five Hundred Dollars ($27,500.00) has been paid to and in the name of the ARTIST AGENT to the below account via bank wire:

>   Musicians Touring Alliance, LLC
>   4300 W. Lake Mary Blvd 1010-324 Lake Mary, FL 32746
>   Bank Name: Wells Fargo
>   Account #: 3332358286
>   Routing #: 121000248
>   Swift Code: WFBIUS6SXXX

B. Fifteen Thousand Dollars ($15,000.00) shall be paid to and in the name of the ARTIST AGENT to the below account and should be paid via bank wire to the above mentioned account:

C. The balance in the amount of ($32,500.00) Thirty Two Thousand Five Hundred Dollars shall be paid to ARTIST AGENT (3) days prior to event to above mentioned accounts or in cash upon Artist Arrival to city to Management.

**11. EXPENSES:** Travel - **Waived** , Rooms - **Waived**) , Local Ground - (1) sprinter from/to airport & from/to venue for event (may be needed for reasonable stops): TBA, Technical & Hospitality: TBA

**12. Merchandising:** Artist shall have the exclusive right to sell any and all types of merchandise including, but not limited to, souvenir programs, photographs, records, articles of clothing (e.g., T-shirts, hats, etc.), posters, stickers, etc., on the premises of the place(s) of Performance. The parties agree that the rate given to the house on all merchandising shall be _tbd_ % percent. Purchaser further acknowledges that there shall be no use of Artist's name, likeness, logo or otherwise on any merchandise without prior written approval from management.

**13. Recording of Performance:** The parties agree that no audio or video recording, live broadcasts, web casts, or otherwise, shall be made of Artist's Performance without prior written approval from management. Purchaser acknowledges that no such rights are granted hereunder.

**14. Order of Payment:** Purchaser shall first apply any and all receipts derived from the entertainment presentation to the payments required hereunder. All payments shall be made in full without any deductions whatsoever. Purchaser will advise Agent promptly upon request of the admissions prices for the entertainment presentation.

**15. Mandatory Purchaser Expenses:** Purchaser agrees to furnish and pay for at its own expenses on the date and at the time of the Performance(s) above-mentioned all that is necessary for the proper presentation of the engagements(s) and any rehearsals required by Producer, including without limitation (a) a suitable theatre, hall or auditorium, well-heated, ventilated, lighted, clean and in good order, stage curtains, and public address system in perfect working condition including microphone(s) in number and quality required by Producer, dressing rooms, all necessary electricians and stage hands, all lights, tickets, house programs, all licenses (including musical Performing rights licenses), security, ushers, ticket sellers, ticket takers, appropriate and sufficient advertising, (b) all music royalties in connection with Producer's use of music, and in addition, the



MTABOOKING.COM

costs of any musicians (including Contractor) other than those furnished by Producer, (c) all taxes other than income taxes, (d) and all other items and personnel except as otherwise stated in the attached Artist Rider. Producer shall have the right to name the local music contractor and to approve the musicians hired locally.

**16. Impossibility of Performance:**
a. In the event of sickness or of accident to Artist or any member thereof, or if a Performance is prevented, rendered impossible or infeasible by any act or regulation of any public authority or bureau, civil tumult, strike, epidemic, interruption in or delay of transportation services, war conditions or emergencies or any other similar or dissimilar cause beyond the control of Producer, it is understood and agreed that there shall be no claim for damages by Purchaser and Producer's obligations as to such Performances shall be deemed waived. In the event of such non-Performance for any of the reasons stated in this paragraph, if Artist is ready, willing and able to Perform, Purchaser shall pay the full compensation hereunder, otherwise the monies (if any)advanced to Producer hereunder, shall be returned within (5) business days.

b. Inclement weather rendering Performance impossible, infeasible or unsafe shall not be deemed a force major event and payment of the agreed upon compensation shall be made notwithstanding. If Purchaser and Producer disagree as to whether rendition of Performance(s) is impossible, not feasible or unsafe because of inclement weather, Producer's reasonable determination as to Performance shall prevail.

**17. Failure to Comply with Material Terms and Conditions:** In the event Purchaser refuses or neglects to provide any of the items or to Perform any of its obligations herein stated, and/or fails to make any of the payments as provided herein, agent shall have the right to refuse to Perform this contract, shall retain any amounts theretofore paid to agent by Purchaser, and Purchaser shall remain liable to agent for the agreed compensation herein set forth. In addition, if Purchaser has failed, neglected, or refused to Perform any contract with any other Performer for any other engagement, or if the financial standing or credit of Purchaser has been impaired or is inopigious unsatisfactory, agent shall have the right to demand the payment of the compensation forthwith. If Purchaser fails or refuses to make such payment forthwith, agent shall
have the right to cancel this engagement by notice to Purchaser to that effect, and to retain any amounts theretofore paid to agent by Purchaser and Purchaser shall remain liable to agent for the
agreed price herein set forth.

**18. Endorsement:** Artist's name or likeness may not be used as an endorsement or indication of use of any product or service nor in connection with any corporate sponsorship or tie-up, commercial tie-up or merchandising without management's prior written consent.

**19. Cancellation:** PURCHASER CANNOT CANCEL SHOW UNLESS DUE TO GOD GIVEN CIRCUMSTANCES.   IF IN EVENT THAT PROMOTER DOES CANCEL EVENT, THEY SHALL FORFEIT THEIR DEPOSIT IN FULL. Artist shall have the right to terminate this agreement without liability in the event Purchaser fails to sign and return this Contract within 10 days from the date hereof.

**20. Miscellaneous:**
ARTIST shall comply and shall ensure that his entourage complies with all security procedures required by the venue and event security .



**MTABOOKING.COM**

a. Nothing in this Agreement shall require the commission of any act contrary to law or to any rules or regulations of any union, guild or similar body having jurisdiction over the services and personnel to be furnished by agent to Purchaser hereunder. If there is any conflict between any provision of this Agreement and any law, rule or regulation, such law, rule or regulation shall prevail and this Agreement shall be curtailed, modified, or limited only to the extent necessary to eliminate such conflict. Purchaser agrees to comply with all regulations and requirements of any union(s) that may have jurisdiction over any of the said materials, facilities and personnel to be furnished by Purchaser.

b. In the event of any inconsistency between the provisions of this contract and the provisions of any riders, addenda, exhibits or any other attachments hereto, the parties agree that the provisions most favorable to agent and Artist shall control.

c. Purchaser hereby indemnifies and holds MUSICIANS TOURING ALLIANCE, LLC
. ("MTA")  as well as their respective representatives, principals, employees, officers and directors, harmless from and against any loss damage or expense including reasonable attorney's fees, incurred or suffered by or threatened against Producer or Artist or any of the foregoing in connection with or as a result of (i) Purchaser's act(s) or omission(s) or breach of this contract or (ii) any claim for personal injury or property damage or   otherwise brought by or on behalf of any third party person, firm or corporation as a result of or in connection with the engagement, which clam does not result from the active and willful negligence of the Artist and/or Producer.

d. MUSICIANS TOURING ALLIANCE, LLC ("MTA") acts herein only as agent for Artist and is not responsible for any act or omission on the part of either Artist or Purchaser, In furtherance thereof and for the benefit of MTA, it is agreed that neither Purchaser nor Producer will name or join MTA as a party in any civil action or suit arising out of, in connection with, or related to any act(s) or omission(s) of Purchaser, Artist or Producer. In the event of any claim between the parties, MTA shall have the right to bring an interpleader action in the event it is holding disputed monies.



**MTABOOKING.COM**

e. This contract and any annexed agreements (i) cannot be assigned or transferred without the written consent of agent, (ii) contains the sole and complete understanding of the parties hereto and (iii) may not be amended, waived or discharged, except by an instrument in writing signed by both parties. The validity, construction and effect of this contract shall be governed by the laws of the State (i.e., FLORIDA) set forth in the letterhead address at the top of this contract, regardless of the place of Performance unless otherwise provided in the attached Artist Rider. **THE PERSON EXECUTING THIS AGREEMENT ON PURCHASER'S BEHALF WARRANTS HIS/HER AUTHORITY TO DO SO. AND SUCH PERSON HEREBY PERSONALLY ASSUMES LIABILITY FOR THE OBLIGATIONS ASSUMED BY PURCHASER HEREIN.** The terms "Agent", "Artist" and "Purchaser" as used herein shall include and apply to the singular, the plural and to all genders.

IN WITNESS WHEREOF, the parties hereto have hereunto set their names and seals on the day and year first above written.

**by: G Herbo**                              **by: NoNaNi Entertainment**

_/s/ Stephen Ferguson_                        _/s/ Club Pat_
Authorized Signatory                          Authorized Signatory
Agent, MUSICIANS TOURING ALLIANCE, LLC

Return all signed contracts to MUSICIANS TOURING ALLIANCE, LLC via fax to 1.407.386.6232